IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARK SMITH; ROULA MANSOUR, § § § | |
| Plaintiffs, § | CIVIL ACTION NO. 1:24-cv-00047 |
| § | |
| v. § | |
| § | |
| EXODUS MOVEMENT, INC.; JON PAUL RICHARDSON, § § § | |
| Defendants. | |

### DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(a), Defendants Exodus Movement, Inc. ("Exodus") and Jon Paul Richardson ("Richardson," and together with Exodus, "Defendants") file this Notice of Removal, hereby removing this action from the 98th Judicial District Court in the District of Travis County, Texas to the United States District Court for the Western District of Texas, Austin Division. Removal is based on diversity jurisdiction because there is complete diversity between Plaintiffs Mark Smith and Roula Mansour ("Plaintiffs") and Defendants, and the amount in controversy exceeds $75,000, exclusive of interest and costs. In support of their Notice of Removal, Defendants respectfully show the Court as follows:

### I. INTRODUCTION

Defendant Exodus operates an online platform that allows customers to manage and store their cryptocurrency assets. In other words, Exodus's platform functions as a "wallet" for customers' cryptocurrency assets. Defendant Richardson is Exodus's founder and Chief Executive Officer. Plaintiffs allege that they maintain an account and digital wallet with Exodus. Plaintiffs allege that the digital wallet they maintain with Exodus contained 259,194.495293 XRP coins, a

1

type of cryptocurrency, on and before November 11, 2021. However, Plaintiffs allege that on November 11, 2021 at 3:38 p.m. central time, 259,194.495293 XRPs "disappeared" from their Exodus wallet. Plaintiffs allege that at the time the XRPs "disappeared," the coins had a value equivalent to $314,918.000 USD. Plaintiffs allege four causes of action against Defendants: (1) "breach of contract and implied covenant of good faith, clean hands and fair dealing"; (2) "consumer fraud"; (3) "constructive fraud"; and (4) "theft and transfer of digital funds across state line."

## II.   BASIS FOR REMOVAL

This Notice of Removal is timely under 28 U.S.C. §1446(b). The Notice of Removal is being filed within 30 days of service of the "initial pleading setting forth the claim for relief" (28 U.S.C. §1446(b)(1)), as Plaintiffs' Original Petition was served upon Exodus on December 19, 2023, and upon Richardson on December 26, 2023. *See* 28 U.S.C. §1446(b)(1); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999); *Thompson v. Deutsche Bank Nat. Trust Co.*, 775 F.3d 298, 303 (5th Cir. 2014). Accordingly, this Notice of Removal is timely under 28 U.S.C. §1446(b)(1).

The United States District Court for the Western District of Texas, Austin Division, is the federal judicial district embracing the District Court of Travis County, Texas, where this suit was originally filed. Venue is therefore proper under 28 U.S.C. §§ 124(d)(1) and 1441(a).

### A. Diversity of Citizenship

Removal is proper because there is a complete diversity between the parties. *See* 28 U.S.C. § 1332(a). Plaintiffs have alleged in their Original Petition that Mark Smith and Roula Mansour reside at 5604 Southwest Pkwy, Apt 3631, Austin, Texas 78735. *See* Plaintiffs' Original Petition at p. 1. Thus, for diversity purposes, Plaintiffs are citizens of Texas.

Defendant Exodus is a corporation organized under the laws of the State of Delaware, with its principal place of business in Omaha, Nebraska. Thus, for diversity purposes, Exodus is a citizen of Delaware and Nebraska.

Defendant Richardson is a resident of Nebraska and, for diversity purposes, a citizen of Nebraska.

### B. The Amount in Controversy Exceeds $75,000

Generally, the amount in controversy for purposes of establishing federal jurisdiction should be determined by the plaintiff's complaint. *De Aguilar v. Boeing Co.,* 47 F.3d 1404, 1411-12 (5th Cir. 1995). Here, it is apparent from the face of Plaintiffs' Original Petition that Plaintiffs' claims exceed $75,000 because Plaintiffs have specifically pled that they seek monetary damages "for the value of their stolen XRP coins [alleged to be $314,918.000] plus damages of $500,000 or less, including damages of any kind." *See* Plaintiffs' Original Petition at p. 2, 5. Thus, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

### III. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

As required by Local Rule CV-3 and Federal Rule of Civil Procedure 7.1, filed concurrently with this Notice of Removal is a completed civil cover sheet and a disclosure statement. Also filed concurrently herewith is a copy of all process, pleadings, and orders served upon the Defendants in the state court action.

Pursuant to Section 28 U.S.C. § 1446(d), Defendants will provide written notice of the filing of this Notice of Removal to all adverse parties promptly after the filing of same and will file a true and correct copy of this Notice of Removal with the Court Clerk of the 98th Judicial District Court in the District of Tavis County, Texas, promptly after the filing of same.

## IV. REQUEST FOR RELIEF

Based on the foregoing, Defendants respectfully request that the above-styled action now pending in the 98th Judicial District Court in the District of Travis County, Texas, be removed to the United States District Court for the Western District of Texas, Austin Division. Defendants further request all such other and further relief to which they are justly entitled.

Respectfully submitted,

*/s/ Stephanie C. Sparks*
Stephanie C. Sparks
Texas Bar No. 24042900
ssparks@vedderprice.com
Nicole Burleson
Texas Bar No. 24116148
nburleson@vedderprice.com
**Vedder Price P.C.**
300 Crescent Court, Suite 400
Dallas, TX 75201
(469) 895-4825

**ATTORNEYS FOR DEFENDANTS EXODUS MOVEMENT, INC. and JON PAUL RICHARDSON**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on Plaintiffs, as listed below, via certified mail return receipt requested, on this 16th day of January 2024.

Mark Smith and Roula Mansour
5604 Southwest Pkwy, APT 3631
Austin, Texas 78735

*/s/ Stephanie C. Sparks*
Stephanie C. Sparks

4