IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARK SMITH and ROULA MANSOUR, | § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:24-CV-47-RP |
| EXODUS MOVEMENT, INC. and JON PAUL RICHARDSON, | § § § § | |
| Defendants. | § § | |

### FINAL JUDGMENT

On March 22, 2024, the Court entered an order granting Defendants' motion to dismiss and dismissing Plaintiff's claims. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on March 25, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1